# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.   **INDICTMENT**

**ARTHUR DESEAN NORTH**   5:19cr70-RH

_____/

**THE GRAND JURY CHARGES:**

## COUNT ONE

Between on or about January 1, 2018, and on or about October 1, 2019, in the Northern District of Florida, the defendant,

**ARTHUR DESEAN NORTH,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons to distribute and possess with intent to distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

FILED USDC FLND TL
OCT 2 '19 PM 1:28

On or about May 29, 2008, **ARTHUR DESEAN NORTH** was convicted in the State of Florida of a serious drug felony, that is, Poss of Cont Sub w/ Intent to Sell or Deliver, an offense described in Title 18, United States Code, Section 924(e)(2)(A)(ii), for which he served a term of imprisonment of more than twelve months and for which he was released from service of a term of imprisonment on or about April 30, 2010, which was within fifteen years of the commencement of the offense charged in this count.

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violation alleged in Count One, punishable by imprisonment for more than one year, the defendant,

**ARTHUR DESEAN NORTH,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of his interest in:

A.   Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violation.

B.   Property used in any manner or part to commit or to facilitate the commission of such violation.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third person;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

_____ for
LAWRENCE KEEFE
United States Attorney

_____
FOREPERSON

10/01/2019
DATE

_____
JAMES A. McCAIN
Assistant United States Attorney

3